UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERIC LAWRENCE WRIGHT,

    Plaintiff,

v.

CITY OF TACOMA, *et al.*,

    Defendants.

Case No. C08-5388RBL

ORDER GRANTING PLAINTIFF
EXTENSION OF TIME
TO SHOW CAUSE

This matter is before the court on Plaintiff's motion for an extension of time to respond to the court's previous order (Doc. 19). The Court, having reviewed the pleadings and the balance of the record contained herein, does hereby find and ORDER.

(l) Plaintiff's motion (Doc. 19) is GRANTED. Plaintiff shall file an amended complaint, curing, if possible, the noted deficiencies, or show cause why this matter should not be dismissed **by no later than October 17, 2008**. If an amended complaint is filed it should include all defendants and all claims in one single pleading. If an amended complaint is not timely filed or if plaintiff fails to adequately address the court's concerns previously described, the court will recommend dismissal of this action as frivolous pursuant to 28 U.S.C. § 1915, and such dismissal will count as a "strike" under 28 U.S.C. § 1915(g).

(2) The Clerk is directed to send plaintiff a copy of this Order.

DATED this 22nd of September, 2008.

                                          */s/ J. Kelley Arnold*
                                        J. Kelley Arnold
                                        United States Magistrate Judge