1. ERIC LAWRENCE WRIGHT SR.
   Bk# 2008106057
2. 910 TACOMA AVE. SOUTH
3. TACOMA, WA. 98402
4. PLAINTIFF - PRO·SE

___ FILED ___ LODGED
___ RECEIVED
SEP 19 2008
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| ERIC LAWRENCE WRIGHT | CASE NO# 3:08-CV-05388 RBL-JKA |
|---|---|
| VS. PLAINTIFF | |
| TACOMA POLICE - Et All | MOTION OF COMPLAINT |
| CITY OF TACOMA - Et All | INJURY, LIABLE, ARBITRARY |
| PIERCE COUNTY - Et All | ACTION, GOVERNMENT & MIS- |
| DEFENDANTS | CONDUCT 42-USCS 1983 |

Comes now Plaintiff, Eric Lawrence Wright by and through Pro-Se before the United States District Court, Western District of Washington submits this Amended Complaint for violations of U.S. Constitution Rights by the above entitled defendants pursuant to 42·U.S.C.S 1983. Plaintiff lists said violations in enumerated form.

08-CV-05388-CMP

Motion of Amended Complaint -1-

1  **1 Statement of Facts**
2
3  ① On 10-7-05 Tacoma Police officers Alberts
4  and Quntz, roughly arrest defendant and
5  cause Heat Stroke following Mr. Wrights
6  request for a search warrant. Hospital
7  bills aprox $12,000.00 Plaintiff suffers signif-
8  icant functional problems to present date.
9  ✷ USC Amend IV and XIV Tort
10 ② Police file liabolous official reports.
11 They are disputed by other officers, Plaintiff,
12 Paramedic, and other witnesses. Officer
13 Patrick Stephans as "affiant" for warrant
14 to search and seize makes (13) materially
15 false statments to Judge Stephanie A Arend.
16 7-30-05. ✷ USC Amend IV and XIV Tort
17 ③ On 8-1-05 Pierce County Prosecutors begin
18 a Prosecution based on false police reports,
19 malice and cause series of Government
20 Misconduct actions. This prosecution con-
21 tinues to date despite 35 court appearances
22 with no omnibus pretrial completetion.
23 Plaintiff alleges this a casual link in the
24 furtherance of a conspiracey to cover-
25 up Police Misconduct.✷ USC Amend XIV tort.
26
27
28 Complaint  - 2 -

1.
2. ④ Tacoma City Manager and City Attorneys
3. issue letters to Mr Wright and his
4. girlfriend to deny claim for damages
5. by Tacoma Police. City Attorneys letter
6. is a "conditional return" of suspected
7. drug currancey. Condition for Jossiline
8. Donaldson to not sue Public or Law
9. Officials for Police misconduct during
10. Search and seizure 7-30-05 ✲ U.S.C.
11. Amend XIV Tort
12. ⑤ Prosecutors cause 8 month 'hiatus' of
13. case #05-1-07354-9 by failure to submit
14. court papers ordered 2-22-07 arrival
15. 10-5-07 with concerns to memory defect
16. suffered 7-30-05 arrest action by Tacoma
17. Police. Court notes significant functional
18. problems. (they continue to this date)
19. ✲ U.S.C. Amend XIV Tort
20. ⑥ On or about 7-28-08 Plaintiff rejects
21. Plea agreement offer. Mr Wright relates
22. to Judge Cullpepper this to be a USC Amend V
23. tort to compell a person to witness against
24. himself, a threat not a negotiation.
25. ✲ USC Amend V Tort
26.
27.
28. COMPLAINT - 3 -

1.
2. ⑦ On or about 8-1-08 Plaintiff is reindict-
3. ed on original charge but two (2) more
4. charges are added (Bail Jumping) the
5. Plaintiff alleges * USC Amend V & XIV Tort.
6. ⑧ On 8-13-08 Plaintiff, Eric Wright, faced
7. with a "Hobsons Choice" between Appointed
8. Defense Counsel who's sole possesor of
9. Law Enforcement Only Discovery materials
10. or to go Pro-Se making him elidgeble
11. Pursuant to Superior Cr Rule 4.7 (H)(3)(7)
12. * USC Amend VI and XIV Tort
13.
14.            2. Conclusion
15. Plaintiff alleges Tacoma Police, Tacoma
16. City Officials, and Pierce County Sherrif
17. and Prosecutors have and continue to
18. violate protection provisions that the
19. United States Constitution guarantees all
20. citizens. That this was done knowingly,
21. individually, and collectively under the
22. States authority vested in them. I do
23. declare under the penalty of perjury
24. this 16th day of Sept. 2008.
25.
26. signature /s/ Eric Lawrence Wright
27.              ERIC LAWRENCE WRIGHT
28. COMPLAINT- 4-