UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIC LAWRENCE WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TACOMA, et al.,<br><br>Defendants. | Case No. C08-5388RBL<br><br>ORDER |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's causes of action are DISMISSED due to Plaintiff's failure to properly respond to the court's order to show cause and pursuant to Heck v. Humphrey, 114 S.Ct. 2364 (1994);

(3) Plaintiff's pending motions, [Dkt. #'s 34 and 36], are denied as being moot;

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel of record, and to the Hon. J. Kelley Arnold.

DATED this 23rd day of December, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1