HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIC LAWRENCE WRIGHT, SR., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF TACOMA, et al., <br><br> Defendants. | Case No. C08-5388RBL <br><br> ORDER |

THIS MATTER comes on before the Court sua sponte.

On March 12, 2009 this Court entered an Order Directing Plaintiff to Show Cause why this case should not be dismissed as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). Plaintiff's response was due on April 3, 2009, and plaintiff was warned that if a response was not received by that date this case would be dismissed. To date, no response has been filed nor has a response been received by the Clerk's Office for filing. Therefore, plaintiff's case is hereby **DISMISSED.**

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 17th day of April, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1